| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)  Folsom, David J | 2. Court or Organization  U S Dist Ct., Eastern Texas | 3. Date of Report  8/4/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  Judge--Active | 5. ReportType (check appropriate type)  ○ Nomination, Date  ○ Initial  ● Annual  ○ Final | 6. Reporting Period  1/1/2003  to  12/31/2003 |
| 7. Chambers or Office Address  U. S. Courthouse & Post Office  500 State Line Ave., Rm 309  Texarkana, TX 75501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## L POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Texarkana Animal Shelter Board |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 AUG -6 A 11: 52 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Folsom, David J | 8/4/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2003 | Empire Electric Company |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Folsom, David J | 8/4/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Hibernia National Bank--checking account | A | Interest | J | T | | | | | |
| 2. Hibernia National Bank--checking account | A | Interest | K | T | | | | | |
| 3. Century Bank--checking account | | None | J | T | | | | | |
| 4. | | | | | | | | | |
| 5. Hibrenia Corporation stock | C | Dividend | M | T | | | | | |
| 6. | | | | | | | | | |
| 7. MERRILL LYNCH (Tax Exempt Securities Account) No. 1 | | | | | | | | | Acct closed 2/18 |
| 8. Merrill Lynch Muni Bd Ins Pt A | | None | | | Sell | 2/18 | J | A | |
| 9. | | | | | | | | | |
| 10. MERRILL LYNCH (Securities Account) No. 2 | | | | | | | | | |
| 11. ML Cash Account | A | Dividend | J | T | | | | | |
| 12. BMC Software Inc. | | None | J | T | | | | | |
| 13. | | | | | | | | | |
| 14. Ohio National Financial Services Annuity | C | Interest | L | T | | | | | |
| 15. | | | | | | | | | |
| 16. Ohio National Financial Services Annuity | A | Interest | J | T | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Folsom, David J | 8/4/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. SEP/INDIVIDUAL RETIREMENT ACCOUNTS: | | | | | | | | | |
| 20. Ohio National Financial Svc Co Annuity(SEP/IRA) | D | Interest | M | T | | | | | |
| 21. | | | | | | | | | |
| 22. MERRILL LYNCH (SEP/IRA): No. 3 | | | | | | | | | |
| 23. ML Retirement Money Fund | A | Dividend | J | T | | | | | |
| 24. AIM Constellation Fund | A | Dividend | K | T | | | | | |
| 25. Federated Communication Tech Fund | A | Dividend | J | T | | | | | |
| 26. Federated Kaufmann Fund Cl A | A | Dividend | J | T | | | | | |
| 27. | | | | | | | | | |
| 28. MERRILL LYNCH (SEP/IRA) No. 4 | | | | | | | | | |
| 29. ML Cash account | A | Dividend | K | T | | | | | |
| 30. PMC Sierra Inc | | None | J | T | | | | | |
| 31. | | | | | | | | | |
| 32. A G EDWARDS (SEP/IRA): No.5 | | | | | | | | | Acct closed 5/14 |
| 33. Daily cash accumulation fund | A | Dividend | | | Sell | 3/14 | | A | |
| 34. Cooper Tire and Rubber Co., | | None | | | Sell | 5/14 | | A | |
| 35. SITI-SITES.COM, Inc. | | None | | | Sell | 5/14 | | A | |
| 36. TXU Corp | | None | | | Sell | 5/14 | | A | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
    (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
    (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
    (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Folsom, David J | 8/4/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Diamler Chrysler NA 7.35% Bonds | | None | | | Sell | 5/14 | | A | |
| 38. Davis NY Venture Fund | | None | | | Sell | 5/14 | | A | |
| 39. Putnam Voyager Fund | | None | | | Sell | 5/14 | | A | |
| 40. Washington Mutual Investors Fund | | None | | | Sell | 5/14 | | A | |
| 41. | | | | | | | | | |
| 42. MERRILL LYNCH (SEP/IRA)  No. 6 | | | | | | | | | Acct closed 5/14 |
| 43. Merrill Lynch Retirement Money Fund | A | Dividend | | | Sell | 3/14 | | A | |
| 44. U. S. Treasury Strips 2/15/08 | | None | | | Sell | 3/14 | | A | |
| 45. U. S. Treasury Strips 8/15/08 | | None | | | Sell | 3/14 | | A | |
| 46. Evergreen Blue Chip Fund | | None | | | Sell | 3/14 | | A | |
| 47. Federated Commmunications Fund | | None | | | Sell | 3/14 | | A | |
| 48. Federated Kaufmann Fund | | None | | | Sell | 3/11 | | A | |
| 49. Federated Capital Income Fund | | None | | | Sell | 4/30 | | A | |
| 50. Putnam New Opportunities Fund | | None | | | Sell | 3/17 | | A | |
| 51. Putnam New Value Fund | | None | | | Sell | 3/13 | | A | |
| 52. | | | | | | | | | |
| 53. Floyd Capital Management-- TD Waterhouse (SEP/IRA): #7 | | | | | | | | | New acct opened 3/5 |
| 54. TD Waterhouse Money Market | A | Interest | K | T | Bot | 3/5 | K | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
    (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
    (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
    (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Folsom, David J | 8/4/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. Advisors Inner Circle Fund | A | Dividend | K | T | Bot | 3/5 | K | | |
| 56. Aegis Value Fund | A | Dividend | K | T | Bot | 12/18 | K | | |
| 57. Bridgeway Fund--Ultra Small Co | A | Dividend | K | T | Bot | 7/07 | K | | |
| 58. Burnharn Invs Trust--Financial Services | A | Dividend | J | T | Bot | 4/02 | J | | |
| 59. Century Cap Mgmt Trust--Small Cap | A | Dividend | K | T | Bot | 10/9 | K | | |
| 60. FBR Family of Funds—Small Cap | A | Dividend | J | T | Bot | 3/21 | J | | |
| 61. First Eagle Overseas Fund | A | Dividend | K | T | Bot | 8/12 | K | | |
| 62. Perritt Micro Cap Opportunities Fund | A | Dividend | K | T | Bot | 8/14 | K | | |
| 63. | | | | | | | | | |
| 64. Residence, ████ Texarkana, TX--inherited | | None | K | T | Inherited | | K | | Inherited house inadvertently |
| 65. | | | | | | | | | from prior year report |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Folsom, David J | 8/4/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date Aug. 5, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544